IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAMARCUS THOMAS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Warden CARL HUMPHREY, *et al.*, | : | NO. 5:12-CV-359 (HL) |
| Defendants | : | **O R D E R** |

Plaintiff **LAMARCUS THOMAS** filed in this Court a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated December 13, 2012 (Doc. 8), the Court instructed Plaintiff to supplement his complaint. The Court expressly informed Plaintiff that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed. To date, Plaintiff has failed to comply with the above instructions or otherwise respond to this Court's Order. Such failure suggests that Plaintiff may no longer be interested in prosecuting this case. Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 9th day of JANUARY, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr

1