IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAMARCUS THOMAS, | : |
| Plaintiff | : |
| VS. | : |
| Warden CARL HUMPHREY, *et al.*, | : NO. 5:12-CV-359 (HL) |
| Defendants | : **O R D E R** |

The unusual procedural history of this 42 U.S.C. § 1983 lawsuit, filed by *pro se* Plaintiff **LAMARCUS THOMAS**, is detailed in this Court's Orders dated December 13, 2012 (Doc. 8), January 9, 2013 (Doc. 9), and February 6, 2013 (Doc. 13). In summary, the Court twice ordered Plaintiff to supplement his complaint, the second time after vacating an initial order of dismissal. After Plaintiff failed to comply with the last Order to supplement, the Court again dismissed without prejudice this lawsuit in the February 6th Order.

After the Court entered its last Order of dismissal, it received a motion to reconsider from Plaintiff (Doc. 14). In it, Plaintiff fails to provide the information necessary for the Court to screen the complaint as directed in the Court's Orders to supplement. Instead, Plaintiff complains about mail procedures at Georgia Diagnostic and Classification Prison, which is not the subject of his lawsuit.

In contrast to Plaintiff's latest complaints, it is his failure to submit information directed by the Court and not problems with the prison mail system that has undermined Plaintiff's lawsuit.

1

This case is closed -- for the second and final time due to Plaintiff's failure to comply with the Court's orders.  Accordingly, Plaintiff's motion to reconsider is **DENIED**.

If Plaintiff wishes to pursue his claims, he can still file a new section 1983 lawsuit.  In doing so, he must provide the information twice directed by this Court.  The Clerk's Office is directed to forward to Plaintiff a copy of this Court's section 1983 form.

**SO ORDERED**, this 7th day of FEBRUARY, 2013.


*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr