IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LAMARCUS THOMAS,

    Plaintiff

VS.

Warden CARL HUMPHREY, *et al.*,    NO. 5:12-CV-359 (HL)

    Defendants    **O R D E R**

Presently before the Court is Plaintiff **LAMARCUS THOMAS'S** motion for reconsideration (Doc. 17) of this Court's dismissal without prejudice of his 42 U.S.C. § 1983 lawsuit (Doc. 13). Plaintiff has also written the Court a letter asking for the return of his documents so that he may refile his lawsuit (Doc. 18). The Clerk's Office has advised the undersigned that it has returned Plaintiff's documents. Plaintiff's motion to reconsider is accordingly **DENIED**. Should Plaintiff file a new lawsuit, he must provide the information previously directed by the Court, and his complaint will be assigned a new case number.

**SO ORDERED**, this 13th day of MARCH, 2013.

    *s/ Hugh Lawson*
    HUGH LAWSON
    UNITED STATES DISTRICT JUDGE

cr